*U.S. District Court*

~~OF~~ THE DISTRICT OF COLUMBIA **FILED**

CIVIL DIVISION

**OCT -8 2014**

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| TAMBU PATRICK, #32915-007 ) | |
| F.C.I. Gilmer Plaintiff, ) | |
| P.O. Box 6000 ) | COMPLAINT |
| Glenville, WV 26351 ) | |
| v. ) | |
| ) | CIVIL ACTION NO._____ |
| DISTRICT OF COLUMBIA, ) | |
| MACHEN, RONALD, ) | MEMORANDUM OF |
| TONY COVINGTON, ) | ON ARREST WITHOUT |
| KRISTOPHER PLUMLEY, ) | WARRANT |
| URSOLA TUTT, ) | |
| JAMES CHASTANET, ) | |
| SETHR ANDERSON, ) | |
| SEAN R. HODGES, ) | Case: 1:14-cv-01687 |
| FREDERICK SULLIVAN, ) | Assigned To : Contreras, Rudolph |
| The Suit Is Against, ) | Assign. Date : 10/9/2014 |
| Individually And In Their ) | Description: Pro Se Gen. Civil |
| Official Capacities, ) | |
| Defendant(s). ) | |
| _____ ) | |

## STATEMENT OF THE CASE

The instant case originated with a warranless search & seizure of the
Plaintiff and his vehicle i.e., illegal arrested without probable cause and beaten
by Officers who work as members of the Seventh District Vice Unit using excessive
force Which violated the Plaintiff's First, Fourth, Fifth, and Eighth Amendment
rights at the Plaintiff's residence Address; 3838 South Capitol St SE Apt. 202,
Washington D.C.  on or about April 10, 2013.

After altercation, Officer Sethr Anderson deliberately falsified the criminal
report with his false statements lies after lies falsely charging the Plaintiff
with PWID PCP, PWID Heroin, and Possession of a Firearm, in violation of 22 D.C.
Code Section 4503(a)(1)(2001 ed.)) (See Exhibit A.)

**RECEIVED**

SEP 17 2014

Clerk, U.S. District and
Bankruptcy Courts

The prosecutor in the underlying Superior Court of the District Of Columbia case is being done in bad faith simply in order to confiscate Plaintiff's estate and a illegal conviction more fully appear, infra. (See Ex. B).

## I. JURISDICTION & VENUE

1.   This is a civil action authorized by 42 U.S.C. Section 1983 and 1985 to redress the deprivation, under color of the Superior Court of the District of Columbia civil division-civil actions branch, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331, 2201,2202, and 1367(a). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rule of Civil Procedure.

2.   The Superior Court of the District of Columbia civil division actions branch is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to his claim occurred.

## II. PLAINTIFFS

3.   Plaintiff Tambu Patrick is a private citizen with an address of 3838 South Capital St. SE. Apt. No. 202, Washington D.C..

## III. DEFENDANTS

4.   Defendant, District Of Columbia with a business address of Washington, D.C. 20001 Offical Business Penalty for Misuse.

5.   Defendant, Machen, Ronald is an Assistant Prosecuting Attorney in Superior Court of the District of Columbia Criminal Division with a business address of 500 Indiana Ave, NW. Washington, D.C. 20001.

6.   Defendant, Tony Covington is a members of the Seventh District Vice Unit for the District of Columbia Washington D.C. Police Department with a business address of 2455 Alabama Ave SE. Washington D.C. 20032.

7.   Defendant, Kristopher Plumley is a members of the Seventh District Vice Unit for the District of Columbia Washington D.C. Police Department with a business address of 2455 Alabama Ave SE. Washington D.C. 20032.

8.   Defendant, Ursola Tutt, Officer, Badge No. 4800 is a members of the Seventh District Vice Unit for the District of Columbia Washington D.C. Police Department with a business address of 2455 Alabama Ave. SE. Washington D.C. 20032.

2

9.      Defendant James Chastanet, Officer, Badge No. 4271, is a members of the

Seventh District Vice Unit for the District of Colubia Washington D.C. Police

Department with a business address of 2455 Alabama Ave SE Washington D.C. 20032.

10.     Defendant Sethr Anderson is a members of the Seventh District Vice Unit

for the District of Columbia Washington D.C. Police Department with a business

address of 2455 Alabama Ave SE  Washington D.C. 20032.

11.     Defendant Sean R. Hodges, Officer Badge No. 3398 is a member of the

Seventh District Vice Unit for the District of Columbia Washington D.C. Police

Department with a business address of 2455 Alabama Ave SE Washington D.C. 20032.

12.     Defendant Frederrick Sullivan is a Superior Court of the District of

Columbia Judge with a business adress of 500 Indiana Ave, NW Washington, D.C.

20001.


13.   Each defendant is sued individually and in his or her official capacity.
At all times mentioned in this complaint each defendant acted under the color
of state law.


## IV. FACTS

14.   The record reflects on or about April 10, 2013 at approxim0aly 1900 hours,
Plaintiff Tambu Patrick was walking in the parking lot of his residence address;
3838 South Capitol St. SE. Apt. No. 202, Washington D.C. when Officers Tony Covington,
Kristopher Plumley, Ursula Tutt, and James Chastanet were working as members of the
Seventh District Vice Unit. The aforementioned officers were in plain clothes  with
black vests with the word POLICE in large white letters on the front and back and
badges visible. The Offices claims to be investigating a complaint about narcotices
activity. While at Plaintiff's residence the Officers observed Mr. Tambu Patrick
walking in the parking lot that Officers Chastanet recognized and the other members
of the Vice unit from prior encounters also recognized. The Officers observed ...
Patrick throw trash into his dumpster at his residence at the back of the residence,
and he then turn and walk toward his white SUV that was parked at the parking lot.
The officers approached, Officer Chastanet exited the unmarked Impala and order
PATRICK, who was standing at the opened rear driver's side of his door getting in

3

his vechicle, Officer Chastanet ORDER Patrick to get out and step away from his vehicle. Then Officer Chastanet with the other Officers standing their with him, Officer Chastanet advised Patrick that he was going to conduct a pat-down on him and he also advised Patrick that they was going to conduct a search....on his vechicle. Patrick  stated to the Chastanet and the other officers do you have a

search warrant. Officer Chastanet stated that he didn't need a search warrant to

conduct a pat-down or to conduct a search on Patrick's vechicle.  The Officer Chastanet's grabbed Patrick's keys out of his hand.  The Officers Chastanet, Tony Covington, Kristopher Plumley, and Ursula Tutt who work as a members of the Seventh District Vice Unit they was hiting and punching Patrick all over his body, in the face,back, head i.e., repeatedly and slammed Patrick onto the ground, causing ... injuries to his Mouth Laceration, Lip Abrasion, Face Contusion, and Back.  Officer Chastanet Knee Patrick in his mouth why he was on the ground. Then the Officers hand-cuffs Patrick while some of officers was still hiting Patrick all over his body with their closed fists. Patrick was bleeding from his mouth, face, head, and his hands. The Officers actions in this case were all done without the benefit of a warrant, using Excessive force. (See Exhibit A.).

15.  Plaintiff while in handcuff was placed under arrest and transported to the hospita for examination and treatment. (See Ex. C) United Medical Center 1310 Southern AVE. SE., Phone No. (202) 574-6000.

16.   **At the United Medical Center Emergency Department Physician Madsen, Nathaniel Diagnoses Patient Tambu, Patrick DOB 03/11/1983 for His Injuries that were caused by the "Officers who working as a members of the Seventh District Vice Unit Who ... Illegal Search & Seizure & Assault & Battery Patrick on April 10, 2013 at his resi-dence. Mr. Patrick diagnoses Mouth Laceration, Lip Abrasion, Face Contusion, and Back Contusion. Mr. Patrick was prescriptions: Motrin 800 mg by mouth QPC 3 time a day as needed for Pain Fever NO. 30 (thirty): Uitram 1-2 by Mouth every 4-6 hors as needed for Break through Pain No. 20 (twenty). (See Ex. C).**

17.   The medical records from Plaintiff Patrick's treating physicians provided further evidence of causation. Dr. Madsen, Nathaniel diagnosed Mr. Patrick as suffering from "Mouth Laceration, Lip Abrasion, Face Contusion, and Back Contusion, which the Officers alleged conduct caused injury to Mr. Patrick. The evidence that Mr.

Patrick back,face,Lip, Head, and Mouth pain arose immediately after the incident.

18.      ˙ Immediately after Plaintiff Patrick was transported in custody in this

case. Officer Sethr Anderson and Sean R. Hodges, the two law enforcement agents

deliberately falsified their Incident Report Affidavit which was the basis for

(1) The illegal warrantless search & seizure of Mr. Patrick and his vehicle

and his assault & battery by the Officers. (See Ex. A).

### RELEASE ORDER BY JUDGE: REID WINSTON,RHONDA

19. The record reflects that on 05/24/2013 at 9:30 am  after a Felony Status

Conference Hearing. Judge Reid Winston, Rhonda Location; Courtroom 319 vacated

Plaintiff TAMBU PATRICK'S CASE: CASE DISPOSED-DISMISSED. Plaintiff's charges was

disposed-dismissed because the Court determined that Plaintiff  Tambu Patrick and


his vechicle was illegally search & seizure and illegally assault & battery by

Officers Tony Covington, Kristopher Plumley, Ursula Tutt, and James Chastanet

who working as a members of the Seventh District Vice Unit at his residence,

address; 3838 South Capitol St. SE Apt. No. 202, Washington D.C.. The  Officers

actions in this case were all without the benefit of a warrant. The illegal search

& seizure, Plaintiff's arrest, His assault & battery.  (See Ex.D).

### The Government Does Not Appeal The Superior Court Judge's ORDER

20.   In the instant case before this Court, the Government does not appeal the

Superior Court Judge: Reid Winston, Rhonda's ORDER which the Docket reflected

with respect to the illegally search & seizure and illegally assault by Officers

Tony Covington, Kristopher Plumley, Ursula Tutt, and James Chastanet who working

as a members of the Seventh District Vice Unit of Plaintiff Tambu Patrick's

residence address: 3838 South Capitol St. SE. Apt. No. 202, Washington D.C. ON

April 10, 2013. And, Therefore, the Government waived it appeal. (See the Docket

2013 CF2 005982: District of Columbia Vs. Patrick, Tambu Exhibit .B).

21.   **The Law of the Land:** The authority to arrest without warrant was rather limited and well defined at common law a law which has been made part of our constitutional law in the due process provisions. The common law rule on arrests is based on common sense.

22.   As a general rule at common law, an arrest could not be made without a warrant. Thus the right to arrest a person without a warrant is an exception to the general rule. This simple rule was expressed by Judge Reid Winston, Rhonda livering an opinion for the Superior Court of the District of Columbia as follows:

> The law governing this case before the court is elementary Except for a breach of the peace committed in his presence, or when he has a reasonable ground to belive that the person arrested is a felon or is about to commit a felony, the police officer has no authority to arrest without a warrant. On 05/24/2013 at 9:30 am has been resulted as a hearing Tambu Patrick's case is Vacated and dismissed. See Exhibit (**B**).

## V. LEGAL CLAIMS

23.   Plaintiff Re-alleges paragraphs 1-through-22

## COUNT I

## FALSE IMPRISONMENT

24.   On or about April 10, 2013, the Defendants, without warrant or due process of law was illegal and unlawfully arrested the Plaintiff, and acting contrary to law, did falsely imprison the Plaintiff, depriving him of his liberty for approximataly Two months in the D.C. Jail.

25.   As result of the Defendants' false imprisonment of the Plaintiff, the Plaintiff had his right to liberty violated, suffered intentional infliction of emotional distress, assault and battery, negligence per se, violation of his First, Fourt, Fifth, and Eighth Amendment rights.

## COUNT II

## ASSAULT AND BATTERY

26.   Plaintiff Re-alleges paragraphs 1-through-22.

27.   Due to the unlawful acts of the Defendants, the Plaintiff suffered a series

of assaults and batteries upon his person, including arrest, handcuffing, ...
imprisonment, physically searched, forced fingerprinting and booking procedures,
automobile towed to an impund lot, and put it on a "hold" order, Mouth Laceration,
Lip Abrasion, Face Contusion, Back Contusion, intentional infliction of emotional
 and distress, violated Plaintiff's First, Fourth, Fifth, and Eighth Amendment
rights.

## COUNT III

## NEGLIGENCE PER SE

28.   Plaintiff Re-alleges paragraphs 1-through-22  Defendants violated

## COUNT IV

## VIOLATION OF HIS FIRST AMENDMENT RIGHTS

29. Plaintiff Re-alleges paragraphs 1-through-22  Defendants violated

## COUNT V

## VIOLATION OF HIS FOURTH AMENDMENT RIGHTS

30.   Plaintiff Re-alleges paragraphs 1-through-23 Defendants violated.

## COUNT VI

## VIOLATION OF HIS FIFTH AMENDMENT RIGHTS

31.   Plaintiff Re-alleges paragraphs 1-through-23 Defendants violated.

## COUNT VII

## VIOLATION OF HIS EIGHTH AMENDMENT RIGHTS

32.   Plaintiff Re-alleges paragraphs 1-through-23 Defendants violated.

33. Plaintiff is also suing the District of Columbia ("the District") for 1)
false arrest, 2) violation of his first amendment rights, 3) violation of his
fourth amendment rights, 4) VIOLATION OF HIS FIFTH AMENDMENT RIGHTS, and 5)
VIOLATION OF HIS EIGHTH AMENDMENT RIGHTS. Plaintiff Re-alleges paragraphs 1-
through-23.

34.   In the case before this court, the prosecutors nor the judge should enjoy
absolute immunity, because, they both did not act within their duties. They both

7

was acting clearly outside their jurisdiction, that is, pursuant to their investi-

gatory duties, Therefore,  both should lose their defense of absolute immunity.

Moreover, Judge Frederick Sullivan had apparently "made up his mind" to partici-

pate in the trampling of Plaintiff's rights. (See Exhibit B).

35.   Due process cannot be satisfied when the Judge provides a "hearing" at

which the judge is not really listening or before which the decision has already

been made. See United States v. Cross, 128 F.çD 145, n. 2 (3rd Cir. 1997).

36.   The record clearly reflects that the Plaintiff indictment was based solely

on false testimony before a grand jury. was invalid as a violation of the Grand

Jury clause of the Fifth Amendment by the Defendants in this civil action.

37.   The Supreme Court of the United States has made clear that; ( The good or

bad faith of the prosecution has no bearing on the due process inquiry. "Whether

the nondisclosure or the use of perjured testimony was a result of negligence

or design, it is the responslbility of the prosecutor. The prosecutor is the

spokesperson for the Government. Since the investigating officers are part of

the prosecution, the taint is no less if they, rather than the prosecution, are

guilty of the nondisclosure." The Supreme Court has also held that it is a ...

violation of due process to convict a defendant based upon false evidence, and

the Government is also responsible for false testimony, even if the prosecution

is unaware of the falsity. See, generall Napue v. Illnois, 360 U.S. 264, 79 S.

Ct. 1173, 3 L. Ed. 2d 1217 (1959), Giglio v. United States, 405 U.S. 150, 92 S.

Ct. 763, 31 L. Ed. 2d 104 (1972): AND Miller v. Pate, 386 U.S. 1. 87 S. Ct. 785,

17 L. Ed. 2d 690 (1967). The Court Incorporates DKT. No. 82, United States v.

Adkinson, 08-CR-167-JHP.   See United States v. Jeffrey Dan Williams, 2012 U.S.

Dist, LEXIS 24776 Case No. 97-CR-171-JHP  U.S. District Court for the Northern

District of Oklahoma.

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully prays that this court enter judgment granting

Plaintiff.

38. A declaration that the acts and omissions described herein violated Plaintiff's

rights under the Constitution and laws of the United States.

39. Trail by jury on all issues triable by jury

40. Compensatory damages in an amount of $500, 000.00 from Defendant, District

of Columbia, Machen Ronald, Tony Covington, Kristopher Plumley, Ursola Tutt,

James Chastanet, Sethr Anderson, Sean R. Hodges, and Frederick Sullivan.

41. Punitive damages in the amount of $9, 000.000.00 against each defendant.

42. Plaintiff's costs in this suit.

43. Any additional relief this court deems just, proper, and equitable.


Dated: August  8 , 2014

Respectfully submitted,

Tambu  Patrick


## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters
alleged therein are true, except as to matters alleged on information and belief,
and, as to those, I believe them to be true. I certify under penalty of perjury
that the foregoing is true and correct,

Dated: August  8 , 2014.

Tambu Patrick

# EXHIBIT

# A

41

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
UNITED STATES
VS.

*PATRICK, TAMBU*

The event occurred at approximately 1900 hours in the rear of 3836 South Capitol St SE in Washington DC

On 4-10-13 at approximately 1900 hours, Officers Tony Covington, Kristopher Plumley, Ursula Tutt, and James Chastanet were working as members of the Seventh District Vice Unit. The aforementioned officers were in plain clothes with black vests with the word 'POLICE' in large white letters on the front and back and badges visible. The officers were in the 3800 block of South Capitol St SE investigating a complaint about narcotics activity. While in front of 3836 South Capitol St SE, the officers observed a male subject walking in the parking lot that Officer Chastanet recognized as TAMBU PATRICK. PATRICK was named in the complaint regarding narcotics activity and was known to Officer Chastanet and other members of the Vice unit from prior encounters. The officers observed PATRICK throw trash into the dumpster at the rear of the lot, and then turn and walk toward a white SUV that was parked at the rear of the lot. The officers remembered that a white SUV was also listed as part of the information regarding the complaint, and decided to investigate further.

As the officers approached, Officer Chastanet exited the unmarked Impala and greeted PATRICK, who was standing at the opened rear driver's side door and reaching into the vehicle. Officer Chastanet asked Mr. Patrick if he had any identification. As the two spoke, PATRICK turned several times toward the interior of the vehicle, and Officer Chastanet had to remind him not to reach out of sight into the interior of the vehicle. Knowing that PATRICK had a reputation for weapon possession made Officer Chastanet feel unsafe, and he had PATRICK step away from the door of the vehicle and advised him that he was going to conduct a pat-down for officer safety. Officer Chastanet conducted the pat-down and felt a large, hard object on the right side of PATRICK's waistband.

As Officer Chastanet felt the right side of PATRICK's waistband, he twisted away and attempted to run away. PATRICK immediately reached with both hands toward the right side of his waistband, and Officers Covington, Plumley, Tutt, and Chastanet tried to control PATRICK's hands and arms as he thrashed about. Mr. Patrick attempted to reach into his front waistband area several times. As the fight intensified, the officers attempted to take PATRICK to the ground to gain control of him. After two unsuccessful attempts to take PATRICK to the ground, he continued to maintain his feet and struggle with the officers. Following the second unsuccessful takedown, the officers heard a metallic object hit the ground at their feet. Officer Chastanet looked to the ground and observed a black handgun on the concrete area in front of the right front passenger tire of the Police Impala (the area where the initial struggle took place). The officers struggled to move PATRICK away from the gun, and Officer Tutt broke away from the struggle and secured the weapon. PATRICK continued to struggle, and Officer Chastanet deployed one knee strike to assist in getting PATRICK to the ground. Once on the ground, PATRICK was finally secured in handcuffs. PATRICK had a small amount of blood coming from the left side of his mouth and stated that his back hurt. Officer Plumley had a laceration to his left hand and abrasions to his knees. Officer Chastanet had abrasions to his knees. DCFD personnel were summoned to the scene and transported PATRICK to the hospital for further examination and treatment. PATRICK was placed under arrest for Carrying a Pistol.

The black handgun was a Heckler & Koch P30 9mm handgun [serial #129-002638], which was later found to be loaded with 14 rounds of 9mm ammunition. The handgun has a barrel length of less than 12 inches, is designed to expel a projectile by force of explosion and can be fired with one hand.

A search was conducted of the vehicle. In a black bag located between the bucket seats of the 2nd row, officers recovered a glass jar containing 5.6 grams green plant material, a clear plastic bag containing a one-ounce glass vial full of amber fluid with odor consistent with PCP and 3 gel caps containing white powder, two digital scales, and a wallet containing PATRICK's ID. A container with a white top was located under the radio in the center of the dashboard containing loose green plant material [approx 1 zip]. A clear bag containing two bags of tan powder [approximately 1.2 and 1.5 grams, respectively] was located in the center console of the vehicle. Portions of the green plant material, tan powder and white powder were field-tested and indicated positive reactions for the presence of THC, Opiates, and

Subscribed and sworn before me this _____

_____          _5.903_     _7V_   _James Wharton_
Police Officer                    Badge       Unit   Witness / Deputy Clerk

_S. Harden_                                    _Larry E. Murchison_
Printed Name of Member / CAD #                 Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

Exhib A 1-of-3

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
UNITED STATES
VS.
PATRICK, TAMBU

Cocaine, respectively. Additionally, four cell phones, a camera and two GPS units were taken as evidence pending further investigation. The white SUV, a 2004 Chevrolet [DC tags EG0468, VIN 1GNFK16TX4J253040] was also seized for civil forfeiture. PATRICK was additionally charged with PWID PCP, PWID Heroin, and Possession Marijuana due to the paraphernalia for packaging/distribution and amount that is greater than normally used for personal use.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Tambu Patrick is also a convicted felon. He was convicted in a Carrying a Pistol without a License (2004FEL007491) and another Carrying a Pistol without a License (2002FEL002774).

Subscribed and sworn before me this

_____  5-903  TD  _____
Police Officer              Badge    Unit   Witness / Deputy Clerk

_____         _____
Printed Name of Member / CAD #       Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

Exhibit A 2-of-3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

COMPLAINT

DCTN: U13010140

Lockup No: 41

Case No: _____

District of Columbia ss:

| Defendant's Name: | Tambu Patrick | | | 507882 | 13046455 |
|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) |
| Also Known As: | Tambu Patrick | | | | |
| | (First) | (Middle) | (Last) | | |

Address: 3838 SOUTH CAPITOL ST SE Apt. 202, WASHINGTON DC

On or about April 10, 2013, within the District of Columbia, Tambu Patrick, previously having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm. **(Unlawful Possession of a Firearm, in violation of 22 D.C. Code Section 4503 (a)(1) (2001 ed.))**

**Co-Defendants:**

_____
Affiant's Name

Subscribed and sworn to before me this _____11_____ day of _____April, 2013_____

_____
(Judge)  (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____  _____
Judge - Superior Court of the District of Columbia

Title 16: ☐          Rule 105: ☐  Judge: _____

| Sex: Male | DOB: 03/11/1983 | CCN: 13046455 | PDID:  507882 |
|---|---|---|---|
| Papering Officer: Sean R Hodges | | | Badge No.:    3398 |

OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: April 11, 2013 |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☐   Fel. II ☒ |

Exhibit A 3-of-3

# EXHIBIT  B

D.C. Courts Home

## Court Cases Online

Case Search for Person: PATRICK, TAMBU

**Click here to view search criteria**

Search retrieved 19 cases in less than a second.

**Click here to view search results**

All retrieved cases available for view

Viewing entry 1 of 19 cases; Details retrieved in less than a second.

**Click here to view case summary**

---

### 2013 CF2 005982: District of Columbia Vs. PATRICK, TAMBU

| | |
|---|---|
| Case Type: Felony II | File Date: 04/11/2013 |
| Status: Closed | Status Date: 04/11/2013 |
| Disposition: Dismissed | Disposition Date: 05/03/2013 |

Next ▶

---

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| PATRICK, TAMBU | | Defendant (Criminal) | GLASS, NANCY C. |

---

| Docket Date | Description | Messages |
|---|---|---|
| 05/03/2013 | Release Order Filed | Release Order Filed<br><br>Release Order - Jail<br>Sent on: 05/03/2013 15:42:54.86<br><br><br>Email Release order sent to DC Jail Records Office on 05-03-2013 at 4:18 p.m. |
| 05/03/2013 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Felony Status Conference scheduled for 05/24/2013 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: REID WINSTON, RHONDA Location: Courtroom 319 |
| 05/03/2013 | Case Disposed - Dismissed | Case Disposed - Dismissed |
| 05/03/2013 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 05/03/2013 | Praecipe Dismissal Filed | Praecipe Dismissal Filed<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 04/22/2013 | Notice of Discovery | Defendant's Notice of Discovery<br>Attorney: GLASS, NANCY C. (995831) |
| 04/22/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: NO BOND<br>Previous conditions remain in effect. This matter has not yet been indicted. Case continued for status before this court.<br>The following event: Felony Status Conference scheduled for 04/22/2013 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: REID WINSTON, RHONDA Location: Courtroom 319<br>TAMBU PATRICK (Defendant (Criminal)); ; NANCY C. GLASS (Attorney) on behalf of TAMBU PATRICK (Defendant (Criminal)); Judge RHONDA REID WINSTON |
| 04/22/2013 | Event Scheduled | Event Scheduled<br>Event: Felony Status Conference<br>Date: 05/24/2013 Time: 9:30 am<br>Judge: REID WINSTON, RHONDA Location: Courtroom 319 |
| 04/22/2013 | Form Generated: Prisoner Return | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 04/22/2013 12:57:59.26 |
| 04/18/2013 | Findings of Facts & Conclusions of Law Entered on the Docket | Findings of Facts, Conclusions of Law, and Order of Detention Pending Trial Entered on the Docket. Signed by Magistrate Judge Sullivan on 4/18/13. Copies mailed to parties from Chambers. |
| 04/17/2013 | Proposed Findings of Facts & Conclusions of | Proposed Findings of Facts & Conclusions of Law & Order of Detention Pending Trial<br>Attorney: MACHEN, Mr RONALD C (447889) |

Exhibit B 1-of-2

| | Law & Order of Detention Pending Trial | |
|---|---|---|
| 04/12/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: NO BOND. Defense request for release denied. New Counsel appointed. Case scheduled before Calendar Judge.<br>The following event: Preliminary Hearing scheduled for 04/12/2013 at 9:00 am has been resulted as follows:<br><br>Result: Probable Cause Found Held for Grand Jury<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301<br>TAMBU PATRICK (Defendant (Criminal)); ; NANCY C. GLASS (Attorney) on behalf of TAMBU PATRICK (Defendant (Criminal)); Judge FREDERICK SULLIVAN on behalf of Judge RHONDA REID WINSTON |
| 04/12/2013 | Event Scheduled | Event Scheduled<br>Event: Felony Status Conference<br>Date: 04/22/2013 Time: 9:30 am<br>Judge: REID WINSTON, RHONDA Location: Courtroom 319 |
| 04/12/2013 | Form Generated: Prisoner Return | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 04/12/2013 10:45:48.76 |
| 04/12/2013 | Attorney Appointed/Dismissed | Attorney Dismissed<br>Attorney LATIN, COLLE J dismissed/withdrawn for PATRICK, TAMBU on 04/12/2013 |
| 04/12/2013 | Attorney Appointed/Dismissed | Attorney - PDS<br>Attorney GLASS, NANCY C. representing Defendant (Criminal) PATRICK, TAMBU as of 04/12/2013 |
| 04/11/2013 | Commitment Pending Disposition Filed | Commitment Pending Disposition Filed |
| 04/11/2013 | Praecipe Not Submitted by Attorney | Praecipe Not Submitted by Attorney |
| 04/11/2013 | Attorney Appointed/Dismissed | Attorney Appointe<br>Attorney LATIN, COLLE J representing Defendant (Criminal) PATRICK, TAMBU as of 04/11/2013<br>TAMBU PATRICK (Defendant (Criminal)); ; Judge KAREN HOWZE on behalf of Judge RHONDA REID WINSTON |
| 04/11/2013 | Event Scheduled | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 04/12/2013 Time: 9:00 am<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 04/11/2013 | Defendant Preventively Detained pursuant to 23-1322(b) | Defendant Preventively Detained pursuant to 23-1322(b) No Bond come up issued<br>The following event: Presentment scheduled for 04/11/2013 at 1:00 pm has been resulted as follows: 1322 B1A Granted; 1322 A1C Granted Prob 12 CF3 3479, Parole 04 FEL 7491 & 02 FEL 2774<br><br>Result: Preventive Detention Granted<br>Judge: HOWZE, KAREN Location: Courtroom C-10<br>Charge #1: Unlawful Possession of a Firearm<br>TAMBU PATRICK (Defendant (Criminal)); ; Judge KAREN HOWZE on behalf of Judge RHONDA REID WINSTON |
| 04/11/2013 | CJA Eligibility | CJA Eligibility |
| 04/11/2013 | Event Scheduled | Event Scheduled<br>Event: Presentment<br>Date: 04/11/2013 Time: 1:00 pm<br>Judge: HOWZE, KAREN Location: Courtroom C-10 |
| 04/11/2013 | Charge Filed | Charge Filed<br>Unlawful Possession of a Firearm |



Exhibit B 2-of-2

# EXHIBIT  C

Patient Name **TAMBU, PATRICK**          Medical Record Number **M01053269**

Account Number **E00000507553**                       Date **4/11/2013**

# United Medical Center
## Emergency Department

**Discharge Instructions**

Discharge Date/Time   **4/11/2013 1:20:44 AM**

---

## Diagnoses

Mouth Laceration

Lip Abrasion

Face Contusion

Back Contusion

You have been evaluated today by a healthcare provider practicing Emergency Medicine. In most cases follow-up care is recommended with your regular Doctor, HMO or Clinic.

Within **2**     days     ☑ Doctor   ☑ HMO   ☑ Clinic

Call for appointment as soon as possible. IDENTIFY Yourself as an ER Patient. If you don't have a doctor or need a specialist follow up with:

Physician/Specialist   **primary care clinic**

Address

Phone   **202 574 6055**

---

Additional instructions were given on the following conditions:

- ☒ Abdominal Pain
- ☒ Allergic Reaction/ Rash
- ☒ Asthma/ Wheezing/COPD
- ☒ Back Pain
- ☒ Chest Pain
- ☒ Conjunctivitis
- ☒ Corneal Abrasion/Eye Injury
- ☒ Fever
- ☒ Fracture/Sprain/Contusion
- ☒ Gastritis/Ulcer
- ☒ Head Injury
- ☒ Headache
- ☒ High Blood Pressure
- ☒ Kidney Stone

- ☒ Neck Strain
- ☒ Nose Bleed
- ☒ Middle Ear Infection
- ☒ PID/STD
- ☒ Sore Throat/Pharyngitis
- ☒ Threatened Abortion
- ☒ Toothache
- ☒ Upper Respiratory Infection
- ☒ UTI/Kidney Infection
- ☒ Vaginal Bleeding
- ☒ Vomiting/Diarrhea
- ☒ Wound Care/Sutures

Other

---

Additional Instructions:

**If the symptoms worsen or new symptoms develop return to the Emergency Department (ED) immediately. Call your doctor for additional questions.**

**ED phone number: 202-574-6000**

**Drink Plenty of Fluids**

Work/School Restriction:

☒ You may return to work/school today.

You may return to work/school

This information may be released to my school or employer

☒ If you had x-rays or blood tests, please note that these don't always show what's wrong. Sometimes x-rays don't show broken bones. After review by a specialist you will be notified if there is an abnormality.

☒ You may not drive or operate heavy machinery because the medicines you have may make you sleepy.

---

Physician (Print)

Madsen, Nathaniel

Nurse Signature:

X

Patient Signature

X

---

# United Medical Center
## Emergency Department
Phone:  **202-574-6000**

Date Printed   **4/10/2013**

Patient Name   **TAMBU, PATRICK**

### Prescriptions

DOB   **03/11/1983**

---

Rx: **Motrin 800mg by mouth qPC 3 times a day as needed for Pain/Fever**    Refills Zero
**#30 (thirty)**

Rx: **Ultram 1-2 by mouth every 4-6 hours as needed for Breakthrough**    Refills Zero
**Pain #20 (twenty)**

This Prescription is VOID if submitted to a Pharmacy 72 hours after the Date and Time listed above.

Physician (Print)

**Madsen, Nathaniel**

DEA# **MM2025650   CA0900054**

SUBSTITUTION PERMISSIBLE-IN ORDER FOR BRAND NAME TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE "BRAND MEDICALLY NECESSARY" ON PRESCRIPTION

Exhibit C 1-of-2



# Superior Court of the District of Columbia
# Criminal Division
500 Indiana Ave., NW
Washington, D.C. 20001



June 9, 2014

| | |
|---|---|
| Defendant's Name: **TAMBU PATRICK** | Case Number: **2013 CF2 005982** |
| PDID #: **507882** | DOB: **03/11/1983** |
| Date of Offense: 04/10/2013 | |

| Charge(s) | Disposition | Disposition Date |
|---|---|---|
| Unlawful Possession of a Firearm | Dismissed | 05/03/2013 |

Under the seal of this Court, the foregoing is a true copy of the disposition of the above listed case in the Superior Court of the District of Columbia.

Deputy Clerk, Jeffrey Woodson

## Acquitted
The legal and formal certification of the innocence of a person who has been charge with a crime. A finding of not guilty.

## Dismissed for Want of Prosecution
An order or judgment disposing of the charges without a trial. An involuntary dismissal accomplished on the Court's own motion for lack of prosecution or on motion from the defendant for lack of prosecution or failure to introduce evidence of facts on which relief may be granted. The dismissal is without prejudice which allows the prosecutor the right to re-bring the charges at a later date.

## Dismissal
The United States Attorney's Office of the District of Columbia or the Office of the Attorney General for the District of Columbia filed a Dismissal for the incident that lead to your arrest. This means that the arrest charge has been dismissed without prejudice.

## Found Guilty – Plea
Formal admission in court as to guilt of having committed criminal act charged which a defendant may make if he or she does so intelligently and voluntarily. It is equivalent to and is binding as a conviction after trial and it has the same effect as a verdict of guilty and authorizes imposition of punishment prescribed by law.

## Non Jury Trial Guilty
Trial held before a Judge sitting without a jury. Pronouncement by a Judge adjudging the defendant guilty of the offense charged.

Exhibit C 2-of-2                                    CDDISPO.doc