UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMBU PATRICK,<br><br>            *Plaintiff*,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            *Defendants*. | 1:14-cv-1687-RC |

### District of Columbia's Motion to Dismiss

The District of Columbia (the District) respectfully moves to dismiss the plaintiff's complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The plaintiff may not recover for the intentional torts he alleges (Counts 1 and 2) because they are time-barred, and because the plaintiff has not complied with the notice requirement of D.C. Code section 12-309; the plaintiff fails to state a claim for negligence (Count 3), and his failure to comply with section 12-309 also bars his negligence claim; the plaintiff's constitutional claims (Counts 4-7) fail because there are no allegations showing the District is liable for his alleged constitutional injuries; and, the plaintiff fails to state a claim on three of his four constitutional claims.  The Court should therefore dismiss the plaintiff's complaint against the District.

December 30, 2014            Respectfully submitted,

                             EUGENE A. ADAMS
                             Interim Attorney General for the District of Columbia

                             GEORGE C. VALENTINE
                             Deputy Attorney General, Civil Litigation Division

                             */s/ Jonathan H. Pittman*
                             JONATHAN H. PITTMAN [430388]

>Chief, Civil Litigation Division Section III
>441 Fourth Street, N.W., Suite 630 South
>Washington, D.C. 20001
>(202) 724-6602
>(202) 741-8926 (fax)
>jonathan.pittman@dc.gov
>
>*/s/ Ali Naini*
>ALI NAINI [998331]
>Assistant Attorney General
>441 Fourth Street, N.W., Suite 630 South
>Washington, D.C. 20001
>(202) 727-9624
>(202) 730-1441 (fax)
>ali.naini@dc.gov
>
>Counsel for the District of Columbia

### LCvR 7(m) Statement

Because this is a dispositive motion, Local Civil Rule 7(m)'s duty to confer does not apply.

### Certificate of Service

I certify that on December 30, 2014, the plaintiff was served with a copy of this motion and all attachments via U.S. mail sent to:

Tambu Patrick, R32915-007
Gilmer Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 6000
Glenville, WV 26351

>*/s/ Ali Naini*