### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMBU PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-1687 (RC) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT NOTICE OF SETTLEMENT

This is to notify the Court that the parties have reached settlement in the above-captioned case pending the drafting and signing of the Release and praecipe of dismissal. Counsel for plaintiff is presently out of the country in Mexico and will be back in his office on August 1, 2017, and counsel for defendants is preparing for a trial. Counsel will try to have the settlement papers executed by the end of next week, August 4, 2017, but it may take until the following week to get it done. The parties therefore ask the Court to stay or continue the pretrial dates until August 11, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/Donald F. Rosendorf* | KARL A. RACINE |
| Donald F. Rosendorf (DCB 54254) | Attorney General for the District of Columbia |
| 1513 King Street | |
| Alexandria, VA 22314 | GEORGE C. VALENTINE |
| 703-838-7770 (ph) | Deputy Attorney General |
| 703-548-9756 (fax) | Civil Litigation Division |
| drosendor@aol.com | |
| | */s/ Michael K. Addo* |
| | MICHAEL K. ADDO [1008971] |
| | Chief, Civil Litigation Division Section IV |
| | |
| | */s/ Philip A. Medley* |
| | PHILIP A. MEDLEY [1010307] |

Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)
philip.medley@dc.gov