## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAMBU PATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-1687 (RC) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Tambu Patrick, by and through undersigned counsel, hereby voluntarily dismisses all claims against Defendants that are alleged or could have been alleged in the Amended Complaint.  This dismissal is with prejudice with each side bearing their own costs.

DATED:  October 11, 2017

Respectfully submitted

*/s/ Donald F. Rosendorf*
DONALD F. ROSENDORF [54254]
1513 King St.
Alexandria, VA 22314
(703) 838-7770
(703) 548-9756 (fax)
drosendor@aol.com

Counsel for Plaintiff

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

*/s/ Philip A. Medley*
PHILIP A. MEDLEY [1010307]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)
philip.medley@dc.gov

Counsel for Defendants